FOR THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **HAROLD JOHN MCCAMBRIDGE,** *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION 6:25-cv-00599 |
| **WAL-MART REAL ESTATE BUSINESS TRUST,** *Defendant.* | § § § § | |

## WALMART'S NOTICE OF REMOVAL

### I.   INTRODUCTION

Pursuant to 28 U.S.C. § 1441, *et seq.*, this civil action is removed from the 74th Judicial District Court of McLennan County, Texas, where this matter was pending under Cause No. 2025-3347-3 and styled *Harold John McCambridge v. Wal-Mart Real Estate Business Trust,* (the "State Court Action"). Defendant Wal-Mart Real Estate Business Trust ("Walmart") hereby files its Notice of Removal.

### II.   NATURE OF THE SUIT

This case is a personal injury case in which Plaintiff alleges that he was injured when he tripped on an object and fell. Plaintiff, in his initial state court petition, asserts claims based on negligence under a premises liability theory. Plaintiff seeks monetary relief in an amount "over $1,000,000." *Plaintiff's Original Petition*, ¶ 1.3

### III.   TIMELINESS OF REMOVAL

Plaintiff commenced this lawsuit by filing his Original Petition on November 5, 2025. Walmart was served with the Original Petition on or about November 24, 2025. Walmart hereby files its Notice of Removal. Walmart's removal is timely because it is filed within thirty days after Walmart was served. 28 U.S.C. § 1446.

### IV. BASIS FOR REMOVAL JURISDICTION

Removal is proper under 28 U.S.C. §§ 1441 and 1332(a)(1) because there is complete diversity of citizenship between Plaintiff and Walmart and the amount in controversy exceeds $75,000.

Plaintiff is a citizen of Texas.

Defendant Wal-Mart Real Estate Business Trust is a statutory business trust organized under the laws of the State of Delaware with its principal place of business in Arkansas. The citizenship of a statutory trust is the citizenship of its members, which includes its shareholders. *Americold Realty Tr. v. Conagra Foods, Inc.,* 136 S. Ct. 1012, 1016 (2016); *Bynane v. Bank of New York Mellon for CWMBS, Inc. Asset-Backed Certificates Series 2006-24*, 866 F.3d 351, 358 (5th Cir. 2017); *U.S. Bank Tr., N.A. v. Dupre, 615CV0558LEKTWD,* 2016 WL 5107123, at *4 (N.D.N.Y. Sept. 20, 2016) (finding that a Delaware statutory trust "seems precisely like the type [of trust] considered by the Supreme Court in *Americold*"). The sole unit/shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

### V. THIS NOTICE IS PROCEDURALLY CORRECT

Walmart has attached to its Notice of Removal the documents required by 28 U.S.C. § 1446(a) and Local Rule 81.1(a)(4) as follows:

A. Index of all documents that clearly identifies each document and indicates the date the document was filed in state court;

B. A copy of the docket sheet in the State Court Action; and

C. Each document filed in the State Court Action.

This action may be removed to this Court pursuant to 28 U.S.C. § 1441(b), because Plaintiff is a citizen of Texas and Defendant is not a citizen of Texas, the state in which the action was brought. This action is removable to this Court because this United States District Court and

Division embraces the place where the State Court Action was pending. 28 U.S.C. §§ 124(d)(2), 1441(a).

In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to all parties and Walmart has provided to the Clerk of the 74th Judicial District Court of McLennan County, Texas, its Notice of Removal.

## VII.   CONCLUSION

Since diversity jurisdiction exists over Plaintiff's claim as set forth herein, Walmart desires and is entitled to remove the lawsuit filed in the 74th Judicial District Court of McLennan County to the United States District Court for the Western District of Texas, Waco Division.

**WHEREFORE PREMISES CONSIDERED,** Defendant Wal-Mart Real Estate Business Trust removes this action from the 74th Judicial District Court of McLennan County, Texas, to this Court.

Respectfully submitted,

_____
**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
**HELEN H. EMERSON**
Texas Bar No. 24092556
hemerson@cowlesthompson.com
**FRANKIE D. PICONE**
Texas Bar No. 24126430
fpicone@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR WALMART**

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 23rd day of December 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served via electronic mail to all parties of record as listed below:

Arash Karimi
akarimi@danielstarklaw.com
*Counsel for Plaintiff*

_____
**DAVID A. JOHNSON**